# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* STAN ELLIS, <br><br> Plaintiff-Relator, <br><br> v. <br><br> CVS HEALTH CORPORATION (FORMERLY KNOWN AS CVS CAREMARK CORPORATION), *et al.*, <br><br> Defendants. | Case No. 2:16-cv-01582-GAM |

## JOINT STIPULATION AND [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule of Civil Procedure 7.4, Relator Stan Ellis ("Relator"), by and through his undersigned attorneys, and Defendant CVS Health Corporation, by and through its undersigned attorneys, hereby stipulate and agree as follows:

1. Defendant's time to answer the Complaint shall be extended to June 15, 2023.

2. Defendant respectfully requests an extension because counsel have multiple briefing and discovery deadlines in other cases in May and June. Defendant will need sufficient time to prepare its answer to the Complaint, which is nearly 100 pages long.

WHEREFORE, the parties respectfully request that the Court enter this Joint Stipulation.

Dated:  May 11, 2023                                    Respectfully submitted,

| MCCAFFERTY LAW FIRM, LLC | WILLIAMS & CONNOLLY LLP |
|---|---|
| */s Brian McCafferty* <br> Brian McCafferty (PA ID No. 66257) <br> 117 Swamp Road <br> Newtown, PA 18940 <br> Telephone: (267) 872-0852 <br> E-mail: cafstar@aol.com | */s Craig D. Singer* <br> Craig D. Singer (PA ID No. 71394) <br> 680 Maine Ave SW <br> Washington, DC 20024 <br> Telephone: (202) 434-5000 <br> E-mail: csinger@wc.com |
| *Counsel for Relator* | *Counsel for Defendant* |

SO ORDERED.

Date:  _____          _____
                                                                          UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Stipulation and Proposed Order was served on all counsel of record via ECF.  Pursuant to Local Rule 5.1.2(8)(b), I further certify that the foregoing document is available for viewing and downloading on ECF.

.

*/s Craig D. Singer*
Craig D. Singer