# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* STAN ELLIS, <br><br> Plaintiff-Relator, <br><br> v. <br><br> CVS HEALTH CORPORATION (FORMERLY KNOWN AS CVS CAREMARK CORPORATION), *et al.*, <br><br> Defendants. | Case No. 2:16-cv-01582-GAM |

## MOTION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND PROPOSED ORDER

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule of Civil Procedure 7.1, Defendant CVS Health Corporation requests that the Rule 16 Pretrial Conference, which is currently scheduled for Wednesday, August 9, 2023, be rescheduled to a date after September 8, 2023. Defendant requests this relief because Enu Mainigi, lead trial counsel for Defendant, is currently scheduled to be in trial from July 24, 2023 through September 8, 2023.

Alternatively, in the event the Court is not inclined to reschedule the Conference for a date after September 8, 2023, Defendant requests that the Court reschedule the Conference for a date after August 16, 2023, to ensure that three of Defendants' other lawyers, Craig Singer, Holly Conley, and Benjamin Hazelwood, can appear even if Ms. Mainigi cannot. Mr. Singer, Ms. Conley, and Mr. Hazelwood are each scheduled to be on long-planned vacations on August 9, returning by August 16.

Defendant's counsel has conferred with counsel for Relator Stan Ellis, who does not oppose this motion, but asked that the conference be rescheduled to a date between September 9 and September 20, or after October 2, in light of preexisting travel plans for Relator's counsel.

Dated:  July 8, 2023  Respectfully submitted,

WILLIAMS & CONNOLLY LLP

*/s/ Craig D. Singer*
Craig D. Singer (PA ID No. 71394)
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
E-mail: csinger@wc.com

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* STAN ELLIS,<br><br>        Plaintiff-Relator,<br><br>    v.<br><br>CVS HEALTH CORPORATION (FORMERLY KNOWN AS CVS CAREMARK CORPORATION), *et al.*,<br><br>        Defendants. | **Case No. 2:16-cv-01582-GAM** |

**ORDER**

The RULE 16 PRETRIAL CONFERENCE is hereby rescheduled from August 9, 2023, at 10:00 a.m. to _____, at _____.

SO ORDERED.


Date: _____    _____
                                                                      UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Motion was served on all counsel of record via ECF. Pursuant to Local Rule 5.1.2(8)(b), I further certify that the foregoing document is available for viewing and downloading on ECF.

*/s/ Craig D. Singer*
Craig D. Singer
