**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *et al.,* *ex rel.* **STAN ELLIS,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) ) | **Case No. 2:16-cv-01582-GAM** |
| **v.** | ) ) | |
| **CVS HEALTH CORPORATION,** *et al.,* | ) ) | |
| **Defendants.** | ) ) ) | |

**NOTICE OF PRESERVED CLAIMS
ASSERTED IN AMENDED QUI TAM COMPLAINT**

Plaintiff-Relator Stan Ellis ("Relator"), by and through his undersigned attorneys, hereby submits this Notice to inform the Court and Defendants that he stands on the claims dismissed in the Court's May 2, 2023 Order (ECF No. 48) ("MTD Order") and has reasserted the same claims in his Amended Qui Tam Complaint (ECF No. 76) solely for purposes of preserving them for appeal. *See U.S. ex rel. Atkinson v. Pa. Shipbuilding Co.*, 473 F.3d 506, 517 (3d Cir. 2007).

Dated: October 23, 2023

Respectfully Submitted,

**McCAFFERTY LAW FIRM, LLC**

**/s/ Brian P. McCafferty**

_____

Brian P. McCafferty
117 Swamp Road
Newtown, PA  18940
Tel.: 267-872-0852
cafstar@aol.com

1

Michael Hamilton (admitted pro hac vice)
Patrick Barrett (admitted pro hac vice)
**PROVOST UMPHREY
LAW FIRM, LLP**
Hobbs Building, Suite 303
4205 Hillsboro Pike, #303
Nashville, TN 37215
Tel.:  615-297-1932
mhamilton@pulf.com
pbarrett@pulf.com

Guy Fisher (admitted pro hac vice)
**PROVOST UMPHREY
LAW FIRM, LLP**
350 Pine Street, Suite 1100
Beaumont, TX 77701
Tel.: (409) 835-6000
gfisher@pulf.com

William H. Narwold (admitted pro hac vice)
Mathew P. Jasinski (admitted pro hac vice)
Michael J. Pendell (admitted pro hac vice)
**MOTLEY RICE LLC**
20 Church Street, 17th Floor
Hartford, CT 06103
Tel.: (860) 882-1681
bnarwold@motleyrice.com
mjasinski@motleyrice.com
mpendell@motleyrice.com

**Attorneys for Plaintiff-Relator Stan Ellis**

## CERTIFICATE OF SERVICE

I, Brian P. McCafferty, hereby certify that a copy of the foregoing Relator's Notice Of Preserved Claims In Amended Complaint was served upon the following attorneys via the ECF Filing System, on October 23, 2023:

All Counsel of Record

/s/ Brian P. McCafferty

Brian P. McCafferty