**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *et al.*, : | |
| *ex rel.* **STAN ELLIS** : | |
| : | **CIVIL ACTION** |
| v. : | No. 16-1582 |
| : | |
| **CVS HEALTH CORPORATION**, *et al.* : | |

## ORDER

This 15th day of August, 2024, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Compel, ECF 101, is **GRANTED in part and DENIED in part**, as follows.

- Defendant must produce the following documents **in their entirety:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1) | Priv_0000106 | 17) | Priv_0000460 | 33) | Priv_0000567 | 49) | Priv_0000631 |
| 2) | Priv_0000144 | 18) | Priv_0000467 | 34) | Priv_0000568 | 50) | Priv_0000632 |
| 3) | Priv_0000145 | 19) | Priv_0000474 | 35) | Priv_0000575 | 51) | Priv_0000633 |
| 4) | Priv_0000327 | 20) | Priv_0000475 | 36) | Priv_0000602 | 52) | Priv_0000634 |
| 5) | Priv_0000396 | 21) | Priv_0000476 | 37) | Priv_0000605 | 53) | Priv_0000635 |
| 6) | Priv_0000423 | 22) | Priv_0000477 | 38) | Priv_0000606 | 54) | Priv_0000636 |
| 7) | Priv_0000438 | 23) | Priv_0000482 | 39) | Priv_0000608 | 55) | Priv_0000637 |
| 8) | Priv_0000439 | 24) | Priv_0000536 | 40) | Priv_0000609 | 56) | Priv_0000638 |
| 9) | Priv_0000440 | 25) | Priv_0000537 | 41) | Priv_0000610 | 57) | Priv_0000639 |
| 10) | Priv_0000441 | 26) | Priv_0000538 | 42) | Priv_0000611 | 58) | Priv_0000640 |
| 11) | Priv_0000442 | 27) | Priv_0000539 | 43) | Priv_0000612 | 59) | Priv_0000642 |
| 12) | Priv_0000445 | 28) | Priv_0000544 | 44) | Priv_0000613 | 60) | Priv_0000643 |
| 13) | Priv_0000448 | 29) | Priv_0000547 | 45) | Priv_0000614 | 61) | Priv_0000644 |
| 14) | Priv_0000457 | 30) | Priv_0000564 | 46) | Priv_0000615 | 62) | Priv_0000645 |
| 15) | Priv_0000458 | 31) | Priv_0000565 | 47) | Priv_0000629 | 63) | Priv_0000646 |
| 16) | Priv_0000459 | 32) | Priv_0000566 | 48) | Priv_0000630 | 64) | Priv_0000668 |

| | | | |
|---|---|---|---|
| 65) Priv_0000698 | 93) Priv_0000934 | 121) Priv_0001640 | 149) Priv_0001976 |
| 66) Priv_0000737 | 94) Priv_0000935 | 122) Priv_0001641 | 150) Priv_0002080 |
| 67) Priv_0000738 | 95) Priv_0000941 | 123) Priv_0001642 | 151) Priv_0002127 |
| 68) Priv_0000739 | 96) Priv_0000964 | 124) Priv_0001643 | 152) Priv_0002136 |
| 69) Priv_0000763 | 97) Priv_0000965 | 125) Priv_0001644 | 153) Priv_0002139 |
| 70) Priv_0000772 | 98) Priv_0000966 | 126) Priv_0001645 | 154) Priv_0002140 |
| 71) Priv_0000796 | 99) Priv_0000967 | 127) Priv_0001646 | 155) Priv_0002173 |
| 72) Priv_0000824 | 100) Priv_0000968 | 128) Priv_0001647 | 156) Priv_0002183 |
| 73) Priv_0000825 | 101) Priv_0000969 | 129) Priv_0001734 | 157) Priv_0002189 |
| 74) Priv_0000826 | 102) Priv_0000996 | 130) Priv_0001735 | 158) Priv_0002231 |
| 75) Priv_0000835 | 103) Priv_0001012 | 131) Priv_0001741 | 159) Priv_0002236 |
| 76) Priv_0000840 | 104) Priv_0001112 | 132) Priv_0001742 | 160) Priv_0002255 |
| 77) Priv_0000861 | 105) Priv_0001113 | 133) Priv_0001768 | 161) Priv_0002268 |
| 78) Priv_0000862 | 106) Priv_0001168 | 134) Priv_0001769 | 162) Priv_0002280 |
| 79) Priv_0000863 | 107) Priv_0001176 | 135) Priv_0001770 | 163) Priv_0002281 |
| 80) Priv_0000880 | 108) Priv_0001368 | 136) Priv_0001777 | 164) Priv_0002311 |
| 81) Priv_0000881 | 109) Priv_0001369 | 137) Priv_0001792 | 165) Priv_0002312 |
| 82) Priv_0000882 | 110) Priv_0001419 | 138) Priv_0001808 | 166) Priv_0002313 |
| 83) Priv_0000883 | 111) Priv_0001432 | 139) Priv_0001936 | 167) Priv_0002323 |
| 84) Priv_0000884 | 112) Priv_0001442 | 140) Priv_0001946 | 168) Priv_0002324 |
| 85) Priv_0000885 | 113) Priv_0001443 | 141) Priv_0001959 | 169) Priv_0002336 |
| 86) Priv_0000886 | 114) Priv_0001444 | 142) Priv_0001963 | 170) Priv_0002338 |
| 87) Priv_0000887 | 115) Priv_0001472 | 143) Priv_0001965 | 171) Priv_0002339 |
| 88) Priv_0000888 | 116) Priv_0001473 | 144) Priv_0001966 | 172) Priv_0002340 |
| 89) Priv_0000903 | 117) Priv_0001474 | 145) Priv_0001968 | 173) Priv_0002349 |
| 90) Priv_0000904 | 118) Priv_0001589 | 146) Priv_0001973 | 174) Priv_0002350 |
| 91) Priv_0000905 | 119) Priv_0001606 | 147) Priv_0001974 | 175) Priv_0002351 |
| 92) Priv_0000928 | 120) Priv_0001616 | 148) Priv_0001975 | 176) Priv_0002352 |

| | | | |
|---|---|---|---|
| 177) Priv_0002383 | 198) Priv_0002867 | 219) Priv_0003699 | 240) Priv_0004077 |
| 178) Priv_0002426 | 199) Priv_0002887 | 220) Priv_0003700 | 241) Priv_0004078 |
| 179) Priv_0002429 | 200) Priv_0002899 | 221) Priv_0003701 | 242) Priv_0004798 |
| 180) Priv_0002453 | 201) Priv_0003407 | 222) Priv_0003929 | 243) Priv_0004837 |
| 181) Priv_0002454 | 202) Priv_0003438 | 223) Priv_0003969 | 244) Priv_0004839 |
| 182) Priv_0002460 | 203) Priv_0003442 | 224) Priv_0003974 | 245) Priv_0004844 |
| 183) Priv_0002470 | 204) Priv_0003482 | 225) Priv_0003989 | 246) Priv_0004845 |
| 184) Priv_0002508 | 205) Priv_0003517 | 226) Priv_0004000 | 247) Priv_0004880 |
| 185) Priv_0002509 | 206) Priv_0003518 | 227) Priv_0004001 | 248) Priv_0004881 |
| 186) Priv_0002541 | 207) Priv_0003535 | 228) Priv_0004017 | 249) Priv_0004882 |
| 187) Priv_0002579 | 208) Priv_0003549 | 229) Priv_0004018 | 250) Priv_0004883 |
| 188) Priv_0002586 | 209) Priv_0003556 | 230) Priv_0004020 | 251) Priv_0005598 |
| 189) Priv_0002624 | 210) Priv_0003558 | 231) Priv_0004021 | 252) Priv_0005600 |
| 190) Priv_0002625 | 211) Priv_0003616 | 232) Priv_0004022 | 253) Priv_0005607 |
| 191) Priv_0002627 | 212) Priv_0003624 | 233) Priv_0004025 | 254) Priv_0005632 |
| 192) Priv_0002658 | 213) Priv_0003634 | 234) Priv_0004028 | 255) Priv_0005633 |
| 193) Priv_0002659 | 214) Priv_0003643 | 235) Priv_0004029 | 256) Priv_0005637 |
| 194) Priv_0002663 | 215) Priv_0003659 | 236) Priv_0004030 | 257) Priv_0005716 |
| 195) Priv_0002666 | 216) Priv_0003661 | 237) Priv_0004033 | |
| 196) Priv_0002667 | 217) Priv_0003664 | 238) Priv_0004034 | |
| 197) Priv_0002685 | 218) Priv_0003690 | 239) Priv_0004053 | |

- Defendant must produce the following documents **adding these specific redactions:**

| | |
|---|---|
| Priv_0003968 | **Redact** the email[1] sent from Cynthia A. Ferchaud on 10/9/2013 at 4:53 PM |
| Priv_0003975 | **Redact** the email sent from Christine Cassetta on 10/18/2013 at 11:54 AM |

---

[1] "Email" means (a) the content of the message, (b) the From, Sent, To, and Subject lines, and (c) the signature block.

3

| | |
|---|---|
| Priv_0003972 | **Redact** the email sent from Christine Cassetta on 10/18/2013 at 11:54 AM |
| Priv_0003991 | **Redact** the email sent from Christine Cassetta on 10/25/2013 at 11:43 AM |
| Priv_0003988 | **Redact** the email sent from Christine Cassetta on 10/25/2013 at 11:43 AM |
| Priv_0003990 | **Redact** the email sent from Christine Cassetta on 10/25/2013 at 11:43 AM |
| Priv_0005717 | **Redact** the email sent from Christine Cassetta on 10/25/2013 at 11:43 AM |
| Priv_0000604 | **Redact** the email sent from Christine Cassetta on 11/19/2013 at 4:49 PM |
| Priv_0000912 | **Redact** the email sent from Christine Cassetta on 11/19/2013 at 4:49 PM |
| Priv_0001470 | **Redact** the email sent from Christine Cassetta on 11/19/2013 at 4:49 PM |
| Priv_0003516 | **Redact** the email sent from Christine Cassetta on 11/19/2013 at 4:49 PM |
| Priv_0003585 | **Redact** the email sent from Christine Cassetta on 11/19/2013 at 4:49 PM |
| Priv_0002081 | **Redact** the paragraph that begins: "The need for . . ." |
| Priv_0002256 | **Redact** the paragraph that begins: "The need for . . ." |
| Priv_0004038 | **Redact** all content, except the emails sent from Matthew Ianetta on 1/23/2014 at 8:50:27 PM and from Amy St. Angelo on 1/23/2014 at 3:38 PM |
| Priv_0004037 | **Redact** all content, except the email sent from Amy St. Angelo on 1/23/2014 at 8:38:06 PM |

- Defendant must re-produce the following previously redacted documents, **removing these specific redactions:**

| | |
|---|---|
| Priv_0002249 | **Unredact** all content, except the bullet point that begins: "Anna & Matt Iannetta reach out to Dennis Murphy . . ." |
| Priv_0003692 | **Unredact** all content, except the bullet point that begins: "Anna & Matt Iannetta reach out to Dennis Murphy . . ." |
| Priv_0003698 | **Unredact** all content, except the bullet point that begins: "Anna & Matt Iannetta reach out to Dennis Murphy . . ." |
| Priv_0003613 | **Unredact** the consecutive series of bullet points that start with: "Illuminate will have to test . . ." and end with: "Illuminate is currently creating . . ." |

| | |
|---|---|
| Priv_0003651 | **Unredact** the consecutive series of bullet points that start with: "Illuminate will have to test . . ." and end with: "Illuminate is currently creating . . ." |
| Priv_0003693 | **Unredact** the consecutive series of bullet points that start with: "Illuminate will have to test . . ." and end with: "Illuminate is currently creating . . ." |
| Priv_0003592 | **Unredact** the consecutive series of bullet points that start with: "Illuminate will have to test . . ." and end with: "Illuminate is currently creating . . ." |
| Priv_0004083 | **Unredact** the bullet point that states: "Karly and Renee to meet with Illuminate . . . to discuss potential . . ." |
| Priv_0004084 | **Unredact** the bullet point that states: "Karly and Renee to meet with Illuminate . . . to discuss potential . . ." |
| Priv_0003656 | **Unredact** the paragraph that begins: "To this last point JP and Melissa will continue to work with the products . . ." |
| Priv_0004927 | **Unredact** the sentence that begins: "More importantly, I wanted to share the latest . . ." |

As to any document not identified above, the privilege is upheld. Defense counsel is reminded of their obligation to supplement previous discovery productions and privilege logs if, in consideration of this Order, it is determined that discovery has been improperly withheld as privileged or confidential.

/s/ Gerald Austin McHugh
United States District Judge