**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **STAN ELLIS** *et al.* | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 16-1582** |
| | : | |
| **CVS HEALTH CORPORATION** *et al.* | : | |

## ORDER

This 22nd day of June, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Clerk of Court shall docket this Court's full Memorandum Opinion granting summary judgment under seal, accessible only to the parties and their counsel, and docket the attached redacted opinion for public view.

 /s/ Gerald Austin McHugh 
United States District Judge