### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STAN ELLIS** *et al.* | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 16-1582** |
| | : | |
| **CVS HEALTH CORPORATION** *et al.* | : | |

### ORDER

This 22nd day of June, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 184, is **GRANTED.**  It is further **ORDERED** that the following pending motions are **DENIED** as moot:

- ECF 186, Motion to Exclude Testimony of Paul Abato

- ECF 188, Motion to Exclude Testimony of Adam Block

- ECF 190, Motion to Exclude Testimony of Joshua Sharlin

- ECF 192, Motion to Exclude Aspects of Adrian Wong's Testimony


    /s/ Gerald Austin McHugh
United States District Judge